ALBANY,
October, 1823.

Roberts
v.
Morgan.

*D. F. Sacia,* for the plaintiff in error.

*A. Haring,* contra.

*Curia.* The judgment must be affirmed.

Judgment affirmed.(*a*)

(*a*) In *Timmerman* v. *Morrison,* (14 John. 369,) objections similar to those overruled here, were allowed upon *special* demurrer.

---

### ROBERTS *against* MORGAN.

In an action upon a warranty of a chattel, it is not necessary to prove that the word warrant was used. Any affirmation amounting to a warranty is sufficient.

ON certiorari to a Justice's Court. Assumpsit by Morgan against Roberts, in the Court below, on a warranty of a horse upon an exchange of horses; and one question was, whether a warranty was proved. The plaintiff told the defendant that he would not exehange, unless the defendant would warrant the horse to be sound, to which the defendant answered, " he is a sound horse except the bunch on his leg." The plaintiff gave proof tending to show that the horse had the glanders. Verdict and judgment for the plaintiff.

*W. Crafts* for the plaintiff in error.

*J. Ruger,* contra.

SAVAGE, Ch. J. in delivering the opinion of the Court, said there was no necessity to show that the word *warrant* was made use of. Any affirmation amounting to it is sufficient.

Judgment affirmed.

END OF OCTOBER TERM.